

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00304-CR

**LOWELL QUINCY GREEN,**

                                      **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                      **Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-790-C2**

**and**



# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00327-CR

**EX PARTE LOWELL QUINCY GREEN,**

                                   **Appellant**

From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-709-C2

and



IN THE
TENTH COURT OF APPEALS

No. 10-17-00328-CR

EX PARTE LOWELL QUINCY GREEN,

Appellant

From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-791-C2

## MEMORANDUM OPINION

In appellate cause numbers 10-17-00304-CR, 10-17-00327-CR, and 10-17-00328-CR, Lowell Quincy Green filed two "writ of error" proceedings and another proceeding seeking to quash the indictments and reverse his convictions in trial court cause numbers 2012-709-C2, 2012-790-C2, and 2012-791-C2. The Court of Criminal Appeals and this

Court have recognized that "the exclusive post-conviction remedy in final felony convictions in Texas courts is through a writ of habeas corpus pursuant to [article] 11.07." *Olivo v. State*, 918 S.W.2d 519, 525 n.8 (Tex. Crim. App. 1996); *see* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015); *Ex parte Mendenhall*, 209 S.W.3d 260, 261 (Tex. App.—Waco 2006, no pet.); *see also Ex parte Beard*, No. 10-15-00252-CR, 2015 Tex. App. LEXIS 8522, at *2 (Tex. App.—Waco Aug. 13, 2015, orig. proceeding). Moreover, only the Court of Criminal Appeals has jurisdiction over post-conviction writs of habeas corpus in felony cases. *See Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991); *see also Ex parte Beard*, 2015 Tex. App. LEXIS 8522, at **1-2.

Because we have no jurisdiction over post-conviction habeas-corpus proceedings in felony cases, we dismiss Green's proceedings in appellate cause numbers 10-17-00304-CR, 10-17-00327-CR, and 10-17-00328-CR. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07; *Olivo*, 918 S.W.2d at 525 n.8; *Ex parte Mendenhall*, 209 S.W.3d at 261; *see also Ex parte Beard*, 2015 Tex. App. LEXIS 8522, at **1-2.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeals dismissed
Opinion delivered and filed October 25, 2017
Do not publish
[CRPM]

